**FILED**
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> MAURO ESPINOZA-ESTRADA,          )<br>                                 )<br>            Defendant.           )<br> _____) | Criminal Case No. 07cR3042-H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about December 2000, within the Southern District of California, defendant MAURO ESPINOZA-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

CJB:psd:San Diego
10/16/07

Count 2

1. On or about _July 2001_, within the Southern District of California, defendant MAURO ESPINOZA-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about October 5, 2007, within the Southern District of California, defendant MAURO ESPINOZA-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _11/13/07_.

KAREN P. HEWITT
United States Attorney

_S. PM_ for

CARLA J. BRESSLER
Assistant U.S. Attorney